UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 08-106-GFVT

UNITED STATES OF AMERICA                                                        PLAINTIFF

V.                    RECOMMENDATION CONCERNING GUILTY PLEA

BEN C. JOHNSON                                                                  DEFENDANT

\* \* \* \* \*

On referral, *see* DE #28, the Court conducted a rearraignment of Defendant Ben C. Johnson. On February 9, 2009, Defendant appeared before the undersigned for proceedings under Rule 11, following Defendant's motion for rearraignment.

As established and particularly detailed on the record:

1. After the Court informed Defendant of his right to rearraignment in the presence of a United States District Judge, Defendant personally consented to rearraignment before a United States Magistrate Judge, and said consent occurred orally and in writing. *See* DE #29. The consent was knowing, voluntary, and intelligent and occurred with counsel's advice.

2. The Court placed Defendant under oath and performed the full colloquy as required by Rule 11. As set forth in the record, after said colloquy, the Court found Defendant competent to plead. Additionally, after advising Defendant of all applicable rights, covering the full tendered plea agreement (to include an appeal and collateral attack waiver), and assuring Defendant's awareness of the nature of and

1

all potential mandatory penalties applicable to all charges at issue, as well as the sentencing process, the Court further found that Defendant pled guilty in a knowing, voluntary, and intelligent fashion.  Further, an independent factual basis supported the plea as to each essential offense element for all charges.  The Court covered all areas and confirmed Defendant's understanding of all matters required in the context by Rule 11, the criminal rules, and the United States Constitution.

3. As such, and based on the Court's findings, the Court RECOMMENDS that the District Judge accept the guilty plea of Defendant Ben C. Johnson and adjudge him guilty of Count 1 of the Indictment.

4. The Court informed the parties that the District Judge would defer acceptance of the tendered Plea Agreement pending consideration as part of final sentencing.

5. The Court set a provisional sentencing date of **May 27, 2009 commencing at 10:00 a.m.** and informed the parties that the District Judge would issue a formal sentencing order following expiration of Defendant's objection period, relative to the Court's recommendation, and upon acceptance of the guilty plea.

*Right to Object*

Defendant has the right to object to this recommendation and secure de novo review from the District Judge as to any matter for which he specifically seeks review.  Within ten days after being served with a copy of this decision, a party may serve and file specific written objections to any or all findings or recommendations for determination, de novo, by the District Court.  Failure to make timely objection, in the manner described, may, and normally will, result in waiver of further appeal to or review by the District Court and Court of Appeals with respect to the particular

decision at issue. *See United States v. Walters*, 638 F.2d 947, 950 (6th Cir. 1981); *Thomas v. Arn*, 106 S. Ct. 466 (1985).

This the 9th day of February, 2009.

Signed By:
Robert E. Wier  REW
United States Magistrate Judge