UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 08-106-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| BEN C. JOHNSON, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court pending review of the Recommendation Concerning Guilty Plea of United States Magistrate Judge Robert E. Wier [R. 32] filed herein on February 9, 2009.  Consistent with this Court's referral, Judge Wier conducted a hearing based on the motion for rearraignment filed by the Defendant, Ben C. Johnson, and now recommends that the Court accept the Defendant's guilty plea and adjudge him guilty of Count 1 of the Indictment.  [*Id.*]

In this case, neither party has filed objections, and the time for doing so has expired.  Absent an objection or request for review, this Court is "not required to engage in any more formal review of the plea proceeding."  *United States v. Ciapponi*, 77 F.3d 1247, 1251 (10th Cir. 1996); *see also* 28 U.S.C. § 636(b)(1)(C); *Peretz v. United States*, 501 U.S. 923, 937-39 (1991) (clarifying that de novo review is not required for Article III purposes unless requested by the parties).  Therefore, pursuant to 28 U.S.C. § 636(b)(1), the Court will adopt Judge Wier's Recommendation, accept the Defendant's guilty plea, and adjudge him guilty of the specific Counts to which he pled.

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as

follows:

1.	The Magistrate Judge's Recommendation Concerning Guilty Plea [R. 32] is **ADOPTED** as and for the opinion of this Court.

2.	The Defendant's guilty plea is accepted and Ben C. Johnson is adjudged guilty of Count 1 of the Indictment**.**

3.	The Jury Trial in this matter, which was continued generally in light of the Defendant's motion for rearraignment, is now **SET ASIDE**.

4.	This matter is scheduled for sentencing on **May 27, 2009, at the hour of 10:00 p.m.** in London, Kentucky. A separate Sentencing Order will be entered concurrently herewith.

5.	The Clerk of the Court is directed to provide a copy of this Order to the United States Probation Office and the United States Marshal.

This the 26th day of February, 2009.

Signed By:
_Gregory F. Van Tatenhove_
United States District Judge